UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY ABURAMEN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF DEPARTMENT, RIVERSIDE COUNTY SHERIFF OFFICER MARTINEZ BADGE #5470., an individual; and DOES 1 through 30, inclusive,<br><br>    Defendants. | No. ED CV 23-825-DMG (KKx)<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [12]** |

Upon consideration of the joint stipulation of Plaintiff Casey Aburamen and Defendant County of Riverside to dismiss this entire action, with prejudice, and for good cause shown, **IT IS HEREBY ORDERED** that**:**

1. The Joint Stipulation is APPROVED;
2. The above-captioned action, including all claims against all parties, is hereby dismissed with prejudice;
3. Plaintiff and Defendant will bear their own attorney fees and costs of suit, with respect to each other, as accrued through the date of this order.

DATED: May 25, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE